Opinion approved by the court.

## VICK v. STATE.
### No. 25889.

Court of Criminal Appeals of Texas.
June 18, 1952.

Rehearing Denied Oct. 15, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving, while intoxicated, of a motor vehicle upon a public highway, with punishment assessed at ten days' confinement in jail and a fine of $500.

The record before us contains neither a statement of facts nor bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.